UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 10-CR-20767-KING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LAWRENCE S. DURAN,
MARIANELLA VALERA, et al,

    Defendants.
_____/

### DEFENDANT, MARIANELLA VALERA'S MEMORANDUM OF FACT AND LAW IN OPPOSITION TO THE GOVERNMENT'S MOTION FOR PRETRIAL DETENTION
### (Fla. Bar 106250)

The Government's October 22, 2010, motion for the pretrial detention of Defendant, Marianella Valera ("Valera") should be denied upon the authority of the decision in *United States of America v. Madoff*, 586 F.Supp.2d 240 (S.D.N.Y 2009). To facilitate the court's reference a copy of the district court's opinion and decision is attached to this filing.

In addition to the foregoing jurisprudence Ms. Valera represents the following facts to this Court preparatory to the hearing on the detention motion.

1. Ms. Valera is a United States citizen.

2. Ms. Valera has maintained exclusive residence and domicile in the United States, in Miami-Dade County, Florida for more than 10 years.

3. Ms. Valera possesses only a Untied States passport which she will surrender to pretrial services as one of the conditions for admission to bail.

4. The Government's own submissions to this Court and to the court presiding over a *qui tam* civil action confirm its knowledge of every bank account in the name of every corporation named in the indictment and in the civil action, and likewise possesses knowledge of every bank account in Ms. Valera's name since at least 2002. Those bank records account for every dollar of federal money received by the named corporations and every dollar disbursed to Ms. Valera from those corporate accounts. The subject bank records in fact account for every dollar of Medicare funds related to this prosecution.

5. Ms. Valera promises and will personally promise under oath to abide by every condition of bail fashioned by this Court if enlarged to bail by the Court.

6. A number of family relatives have agreed to co-sign any bond required by this Court as a condition to enlargement at bail, in addition to Ms. Valera's likewise signing.

7. Ms. Valera is not a threat to this or any community and promises not to pose a threat if enlarged at bail.

8. Ms. Valera is not a flight risk and never was.

9. Ms. Valera has been aware of the pending civil proceedings for almost 2 years and has not fled the jurisdiction.

10. Ms. Valera has been aware of the potential for the lodging of criminal accusations for approximately 2 years and has not fled the jurisdiction.

Respectfully submitted,

ARTHUR W. TIFFORD, ESQ.
TIFFORD AND TIFFORD, P.A.
Counsel for Defendant, Marianella Valera
1385 NW 15 Street

                                                Miami FL 33125
                                                (305) 545-7822 Telephone
                                                (305) 325-1825 Facsimile

                    BY:      /S/ ARTHUR W. TIFFORD
                                (Fla. Bar 106250)

## **CERTIFICATE OF COUNSEL**

I HEREBY CERTIFY that on the 26th day of October 2010, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record by CM/ECF on counsel for the parties.

                                                                             /S/
                                                      ARTHUR W. TIFFORD